1   SCHIFF HARDIN LLP
    BRUCE A. WAGMAN (CSB No. 159987)
2   bwagman@schiffhardin.com
    LISA C. MCCURDY (CSB No. 228755)
3   lmccurdy@schiffhardin.com
    One Market, Spear Street Tower
4   Thirty-Second Floor
    San Francisco, CA  94105
5   Telephone:  (415) 901-8700
    Facsimile:  (415) 901-8701
6
    Attorneys for Plaintiff
7   CHARLES PODARAS

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  CHARLES PODARAS,                 Case No.  CV 09-04199 SI

14            Plaintiff,             **STIPULATION AND [PROPOSED]**
                                     **ORDER REGARDING PLAINTIFF'S**
15  v.                               **SUBMISSION OF CONSOLIDATED**
                                     **OPPOSITION BRIEF IN RESPONSE**
16  CITY OF MENLO PARK;              **TO DEFENDANTS' MOTIONS TO**
    DEPUTY DISTRICT ATTORNEY         **DISMISS**
17  BRIAN DONNELLAN; OFFICER
    BURKE BRUTTIG and DOES 1-25,
18  inclusive.

19            Defendants.

20

21         Defendants City of Menlo Park and Burke Bruttig have filed a joint motion

22  to dismiss Plaintiff's action, and Defendant Deputy District Attorney Brian

23  Donnellan has filed a separate motion to dismiss.  Because there are significant

24  identical factual and legal issues presented by the two motions, and in the interest of

25  judicial economy, the parties propose the following stipulation.

26         Plaintiff Charles Podaras and defendants City of Menlo Park, Deputy District

27  Attorney Brian Donnellan, and Officer Burke Bruttig, through their respective

28

1    attorneys, hereby stipulate and jointly move this Court to enter an Order allowing

2    Mr. Podaras to file one consolidated opposition brief of no more than 30 pages in

3    length in response to the two motions to dismiss filed in response to Plaintiff's

4    Complaint, one filed on behalf of City of Menlo Park and Burke Bruttig, and the

5    other filed on behalf of Deputy District Attorney Brian Donnellan.

6

7          SO STIPULATED.

8    Dated:         November 20, 2009          SCHIFF HARDIN LLP

9

10                                            By: /s/ Lisa C. McCurdy
                                              _____
11                                            Bruce A. Wagman
                                              Lisa C. McCurdy
12                                            Attorneys for Plaintiff

13   Dated:         November 20, 2009          McCLURE & FLEGEL, LLP

14

15                                            By: /s/ Nicolas A. Flegel
                                              _____
16                                            Nicolas A. Flegel
                                              Attorneys for Defendants City of
                                              Menlo Park and Officer Burke
17                                            Bruttig

18   Dated:         November 20, 2009          COUNTY COUNSEL FOR COUNTY
                                              OF SAN MATEO
19

20                                            By: /s/ Carol L. Woodward
                                              _____
21                                            Carol L. Woodward
                                              Attorney for Defendant Deputy
22                                            District Attorney Brian Donnellan

23   ///

24

25   ///

26

27

28

1  GENERAL ORDER NO. 45 DECLARATION: I, Lisa McCurdy, do hereby attest
   that that concurrence in the filing of the document has been obtained from each of
2  the other signatories identified above.

3
   Dated:          November 20, 2009          SCHIFF HARDIN LLP
4

5
                                              By: /s/ Lisa C. McCurdy
6                                                 Bruce A. Wagman
                                                  Lisa C. McCurdy
7                                                 Attorneys for Plaintiff

8

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11 Dated:          November __, 2009

12
                                              By:
13                                                Hon. Susan Illston
                                                  United States District Court
14

15

16 SF\9508711.1

17

18

19

20

21

22

23

24

25

26

27

28