**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES PODARAS,                                       No. C 09-4199 SI

      Plaintiff,                                                  **JUDGMENT**

  v.

CITY OF MENLO PARK, *et al.*,

      Defendants.
_____/

Judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 28, 2009

                                                          SUSAN ILLSTON
                                                          United States District Judge