IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PODARAS,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF MENLO PARK, et al.,<br><br>      Defendants.<br>_____/ | No. C 09-4199 SI<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |
| N. CHARLES PODARAS,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF MENLO PARK, et al.,<br><br>      Defendants.<br>_____/ | No. C 14-3152 CW |

    Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above referenced cases to Judge Susan Illston to consider whether they are related.

    IT IS SO ORDERED.

Dated: September 25, 2014

                                    CLAUDIA WILKEN<br>
                                    United States District Judge